UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

EAST SPLENDOR CO., LTD.,

                    Plaintiff,

-against-

FRAGMENTS HOLDING LLC,

                    Defendant.

------------------------------------x

ORDER

19 Civ. 1189 (GBD)

GEORGE B. DANIELS, District Judge:

The January 16, 2020 conference is cancelled. This Court will hear oral argument on Plaintiff's Motion for Summary Judgment, (ECF No. 16), on March 5, 2020, at 10:30 a.m.

Dated: January 16, 2020
      New York, New York

SO ORDERED.

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE