**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ x

EAST SPLENDOR CO., LTD.,

                Plaintiff,

    -against-

FRAGMENTS HOLDING LLC,

                Defendant.

------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 0 6 2020

ORDER

19 Civ. 7189 (GBD)

GEORGE B. DANIELS, District Judge:

A Notice of Appearance by new counsel representing Defendant Fragments Holding LLC

must be filed no later than March 26, 2020. Failure to file a Notice of Appearance by that date

may result in a judgment against Defendant.

Dated: March 6, 2020
      New York, New York

SO ORDERED.

George B. Daniels

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE