

www.daiassociates.com
**New York Office**
Times Square Plaza
1500 Broadway, 22nd Floor
New York, New York 10036
Telephone: 001-212-730 8880
Facsimile: 001-212-730 8869

March 27, 2020

<u>Via ECF</u>
Hon. George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
Chambers 1310, Courtroom 11A
New York, NY 10007

      Re:    East Splendor Co., Ltd. v. Fragments Holding LLC
                 1:19-cv-1789

Your Honor:

      This office represents the Plaintiff, East Splendor Co., Ltd., in the above-captioned case.

      As instructed by the Court at the status conference that was held on March 5, 2020, attached is a Proposed Judgment with respect to Plaintiff's motion for summary judgment.

      Plaintiff's motion was filed on January 22, 2020, and to date, Plaintiff has received no opposition to its' motion. Defendants' counsel was allowed to withdraw on January 24, 2020, at which time Defendant, a corporation, was ordered to retain new counsel and file a notice of appearance no later than February 24, 2020. To date, no new counsel has filed a notice of appearance in this action or requested leave to file opposition to Plaintiff's motion.

      Wherefore Plaintiff requests that the attached proposed judgment be entered.

                                       Yours Truly,
                                       Dai & Associates, P.C.

                                       <u>/s/ Jacob Chen</u>
                                       By: Jacob Chen, Esq.

CC.:
Fragments Holding LLC
42 W 39 Street, 8th floor, New York, NY 10018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

EAST SPLENDOR CO., LTD.,

                Plaintiff,

  - against -

FRAGMENTS HOLDING LLC,

                Defendant.

-------------------------------------------------------------------x

Civil Action No.: 1:19-cv-1789

Hon. George B. Daniel

     Upon all the papers submitted in this action, including the Declaration of Fei "Frank" Lin, in support of Plaintiff's unopposed motion for summary judgment, and all exhibits therein, dated November 8, 2019, and upon defendants' default for failure to retain counsel as required by virtue of defendant's status as a corporation, it is hereby

     ADJUDGED that plaintiff East Splendor Co., Ltd. recover of defendant Fragments Holding LLC the principal sum of $338,961.14, with interest thereon at 9% per year, and that plaintiff have execution therefor.

**ENTERED,**

_____