USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: MAR 3 0 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

EAST SPLENDOR CO., LTD.,

    Plaintiff,

- against -

FRAGMENTS HOLDING LLC,

    Defendant.

------------------------------------------------------------------x

Civil Action No.: 1:19-cv-1789

Hon. George B. Daniel

Upon all the papers submitted in this action, including the Declaration of Fei "Frank" Lin, in support of Plaintiff's unopposed motion for summary judgment, and all exhibits therein, dated November 8, 2019, and upon defendants' default for failure to retain counsel as required by virtue of defendant's status as a corporation, it is hereby

ADJUDGED that plaintiff East Splendor Co., Ltd. recover of defendant Fragments Holding LLC the principal sum of $338,961.14, with interest thereon at 9% per year, and that plaintiff have execution therefor.

ENTERED, MAR 3 0 2020

*George B. Daniel* (signature)